THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERVIN WRIGHT, Appellant.— STALEY, JR., J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.